UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FELIPE SOTELO, *et al.*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> NANCY A. BERRYHILL, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:18-CV-00007 |

## ORDER

On January 18, 2019, the United States Magistrate Judge filed a Report and Recommendation (Doc. 83). No party has filed any objections. The Court **ADOPTS** the Report and Recommendation and it is:

**ORDERED** that Plaintiff Felipe Sotelo's petition to set aside the Commissioner's decision is **GRANTED**, and this matter is remanded to the Commissioner for further proceedings consistent with this decision;

**ORDERED** that all discrimination claims are **DISMISSED** without prejudice as moot; and

**ORDERED** that all claims made under the Privacy Act be **DISMISSED** without prejudice for failure to state a claim upon which relief can be granted.

SIGNED this 8th day of February, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge

1 / 1